**No. 40096.**—Protest 821888–G (C) of Mattia Locatelli New York Branch (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

**No. 40097.**—Protests 945849–G, etc., of S. Alioto & Son et al. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

**No. 40098.**—Protest 841730–G of Samuel Mankowitz (New York).

Opinion by KEEFE, J. From the evidence it was found that the cheese in question is similar to that the subject of *Locatelli* v. *United States* (T. D. 49302). The protest was therefore sustained.

**No. 40099.**—Protest 832135–G/85536 of J. S. Hoffman & Co. (Chicago).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 35653 the protest was sustained.

**No. 40100.**—Protest 755866–G (C) of William Faehndrich, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protest was sustained.

**No. 40101.**—Protests 943793–G, etc., of French Italian Wine Co., Inc. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.